**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,

                             *Plaintiff*,

      -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

                            *Defendants*.
-----------------------------------------------------------------------X

**10 Civ. 8122 (TPG)**

**CONSENT TO BE A**
**PARTY PLAINTIFF**

    I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

    I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_____
Signature

_Gloria Garcia_
Print Name

_2055 Harrison Avenue #40_
Home Address

_Bronx N.Y. 10453_
City, State, Zip Code