UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Kamel Prude

                              Plaintiff,

        -against-

PTM Management Corp, et al

                             Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____

10 -CV- 8122 (JPO) (HBP)

ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE

J. PAUL OETKEN, District Judge:

The above entitled action is referred to the Honorable Henry B. Pitman United States Magistrate Judge, for the following purpose(s):

    ✓    GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

    \_\_\_\_    GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

    \_\_\_\_    DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

    \_\_\_\_    SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

    \_\_\_\_    HABEAS CORPUS

    \_\_\_\_    INQUEST AFTER DEFAULT / DAMAGES HEARING

    \_\_\_\_    SOCIAL SECURITY

    \_\_\_\_    SETTLEMENT

    \_\_\_\_    CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

    \_\_\_\_    CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

    \_\_\_\_    JURY SELECTION

Dated: New York, New York
        November 21, 2011

11/21/11

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

* Do not check if already referred for General Pre-Trial.