UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,

                            *Plaintiff*,

          -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

                           *Defendants.*
------------------------------------------------------------------------X

10 Civ. 8122 (TPG)

**CONSENT TO BE A**
**PARTY PLAINTIFF**

    I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

    I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_____
Signature

Felipe Ferrer
Print Name

94-20 86th Ave
Home Address

Woodhaven N.Y. 11421
City, State, Zip Code