UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,

         *Plaintiff,*

   -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

         *Defendants.*
------------------------------------------------------------------X

10 Civ. 8122 (TPG)

**CONSENT TO BE A
PARTY PLAINTIFF**

  I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

  I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_William Molloy_ (signature)
Signature

William Molloy
Print Name

66 Crescent St.
Home Address

Brooklyn, NY 11206
City, State, Zip Code