UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,

                                *Plaintiff,*

      -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

                               *Defendants.*
-------------------------------------------------------------------------X

10 Civ. 8122 (TPG)

**CONSENT TO BE A**
**PARTY PLAINTIFF**

I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_____
Signature

RAUL RUIZ Jr.
_____
Print Name

2802 Laurel Ave
_____
Home Address

Baldwin, N.Y. 11510
_____
City, State, Zip Code