UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,              10 Civ. 8122 (TPG)

                           *Plaintiff,*

                                                     **CONSENT TO BE A**
        -against-                                  **PARTY PLAINTIFF**

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

                           *Defendants.*
-------------------------------------------------------------------------X

      I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

      I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_Frederick M. Kornegay_
Signature

FREDERICK M. KORNEGAY
Print Name

176-20 110th Ave.
Home Address

Jamaica NY. 11433
City, State, Zip Code