UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,    10 Civ. 8122 (TPG)

                *Plaintiff,*

                **CONSENT TO BE A**
   -against-            **PARTY PLAINTIFF**

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

                *Defendants.*
-------------------------------------------------------------------------X

    I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

    I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_____
Signature

Jesus Rosa
Print Name

315 E. 103rd St. Apt 4-E
Home Address

New York City, New York, 10029
City, State, Zip Code