UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,

10 Civ. 8122 (TPG)

*Plaintiff,*

**CONSENT TO BE A**
-against-  **PARTY PLAINTIFF**

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

*Defendants.*
-----------------------------------------------------------------------X

I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_____
Signature

RuBens Edouard
Print Name

128 Bidwell Ave 1st Floor
Home Address

Jersey City, N-J- 07305
City, State, Zip Code