UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,

                        *Plaintiff,*

             -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

                        *Defendants.*
-----------------------------------------------------------------------X

10 Civ. 8122 (TPG)

**CONSENT TO BE A**
**PARTY PLAINTIFF**

      I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

      I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_Laneice Jackson_
Signature

_Laneice Jackson_
Print Name

_334 Beach 54th #1F_
Home Address

_Arverne, N.Y. 11692_
City, State, Zip Code