UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,

10 Civ. 8122 (TPG)

*Plaintiff,*

-against-

**CONSENT TO BE A
PARTY PLAINTIFF**

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

*Defendants.*
------------------------------------------------------------------------X

I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_____
Signature

Felipe Ferrer
_____
Print Name

94-20 86th Ave
_____
Home Address

Woodhaven N.Y. 11421
_____
City, State, Zip Code