UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,

                                             *Plaintiff*,

          -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

                                             *Defendants*.
------------------------------------------------------------------X

10 Civ. 8122 (TPG)

**CONSENT TO BE A**
**PARTY PLAINTIFF**

I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_Daniel Jerome_
Signature

Daniel JEROME
Print Name

166-40 89th Avenue Apt #6F
Home Address

Jamaica, New York 11432
City, State, Zip Code

Email DanielJerome1@yahoo.com
cell - 347-670-7658   cell-347-437-9374
Date 1/5/2012