UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KAMEL PRUDE, Individually And On Behalf Of
All Other Persons Similarly Situated,

                             *Plaintiff*,

              -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, and
GREG OHANESSIAN,

                             *Defendants.*
-------------------------------------------------------------------X

10 Civ. 8122 (TPG)

**CONSENT TO BE A**
**PARTY PLAINTIFF**

I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_____
Signature

Donald M. Edge III
Print Name

148-12 Linden Blvd
Home Address

Jamaica, N.Y. 11436
City, State, Zip Code