UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KAMEL PRUDE, *et al.*,

                              Plaintiffs,

       -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, *et al.*,

                              Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 01 2012

10 Civ. 8122 (JPO)

MEDIATION REFERRAL ORDER

J. PAUL OETKEN, District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are hereby notified that Local Rule 83.12 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    SO ORDERED.

Dated: New York, New York
         May 1, 2012

                                             J. PAUL OETKEN
                                     United States District Judge