

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

KAMEL PRUDE, *individually and on behalf of*
*all other persons similarly situated*,

                           *Plaintiffs*,

        -against-

PTM MANAGEMENT CORPORATION d/b/a
PROFESSIONAL TRANSIT, STEVEN MANN, *and*
GREG OHANESSIAN,

                           *Defendants*.
-----------------------------------------------------------------------X

10 CV 8122 (JPO)(HBP)

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

       **WHEREAS**, no party hereto is an infant, incompetent person for whom a committee has

been appointed or conservatee and no person not a party has an interest in the subject matter of

the action;

       **WHEREAS**, the parties have resolved the above-referenced matter and will be

submitting the terms of the settlement to the Court for Court approval and a fairness hearing

pursuant to the FLSA;

       **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel of record for

the parties, that the above-captioned action be, and the same hereby is, discontinued with

prejudice and without costs or attorneys' fees to any party as against the other;

       **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be

executed in counterparts and that facsimile copies shall be originals for filing same with the

Court; and

       **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation be held by the

Court pending its final approval of the FLSA settlement agreement after a fairness hearing.

Dated: New York, New York

February 7, 2013

**THE HARMAN FIRM, PC**
*Attorneys for Plaintiffs*

By: _____
Walker G. Harman, Jr., Esq.
200 West 57th Street, Suite 900
New York, NY 10019
(212) 425-2600
wharman@theharmanfirm.com

**THE ZISKIN LAW FIRM**
*Attorneys for Defendants*

By: _____
Suzanne Harmon Ziskin, Esq.
6268 Jericho Turnpike, Suite 12A
Commack, NY 11725
(631) 462-1417
suzanne@ziskinlawfirm.com

**So ordered**

_____
**United States District Judge**

2/13/13

2