UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KAMEL PRUDE et al.,

    *Plaintiffs,*

  v.

PTM MANAGEMENT et al.,

    *Defendants*.
-------------------------------------------------------------X

**10 CV 8122 (JPO)(HBP)**

**NOTICE OF MOTION FOR SETTLEMENT AGREEMENT APPROVAL**

    Please take notice that upon the Declaration of Walker G. Harman, Jr., and all of the exhibits thereto, the accompanying Memorandum of Law, and all of the pleadings and proceedings heretofore had herein, Plaintiff respectfully intends to move this Court as soon as may be possible to issue an order approving the Parties' Settlement Agreement, and for such other and further relief as this Court may deem just, equitable, and proper.

Dated: New York, New York
       June 28, 2013

Respectfully submitted by:
THE HARMAN FIRM, PC
*Counsel for Plaintiffs*

_____s/_____
Walker G. Harman, Jr. [WH-8044]
200 West 57th Street, Suite 900
New York, New York 10019
(212) 425-2600
wharman@theharmanfirm.com