UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

KAMEL PRUDE, *et al.*,

                          Plaintiffs,        10 Civ. 8122 (JPO)

           -against-                        ORDER

PTM MANAGEMENT, *et al.*,

                          Defendants.

-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 1 9 2013

J. PAUL OETKEN, District Judge:

      Plaintiffs Kamel Prude, William Molloy, Jesus Rosa, Frederick M. Kornegay, Jason Andrews, Rubens Edouard, Laneice Jackson, Felipe Ferrer, Daniel Jerome, Oscar Ortiz, Raul Ruiz, Jr., and Donald M. Edges III (collectively, "Plaintiffs") brought this action against PTM Management Corp., Steven Mann, and Greg Ohanessian, alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq. ("the FLSA") and New York Labor Law §§ 650 et seq. ("NYLL"). Presently before the Court is Plaintiffs' Uncontested Motion for Approval of the Settlement Agreement, by which the parties seek to end this litigation.

      The Court has determined that the settlement amounts are fair and reasonable, and that the settlement does not favor Plaintiffs' counsel over Plaintiffs themselves. Accordingly, both the Settlement Agreement and the proposed attorney's fees and expenses are APPROVED in full.

      The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: New York, New York
         July 19, 2013

                                                        J. PAUL OETKEN
                                               United States District Judge